STATE OF NEW JERSEY v. EDWARD LESNIEWSKI.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KIRK DOUGLAS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER D. GALLIGAN.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD RAVICH.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER M. BAGLIO.

June 27, 1989.

Petition for certification denied.